UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **NAYIBIS GARZON** | **CASE NO. 6:26-CV-00016 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Before the Court is a MOTION FOR TEMPORARY RESTRAINING ORDER (the "Motion") filed by the Petitioner, Nayibis Garzon (hereinafter, "Petitioner") [Doc. 3]. Because the preliminary relief sought mirrors the ultimate relief sought in the habeas Petition [Doc. 1], and because the arguments for both are the same, the Motion is DENIED.

Accordingly,

The case will proceed in due course as a petition for habeas relief.

THUS DONE in Chambers on this 5th day of January, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE